**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BLACKWOOD, INC., | : | No. 564 MAL 2016 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| READING BLUE MOUNTAIN & | : | |
| NORTHERN RAILROAD COMPANY, | : | |
| | : | |
| Respondent | : | |
| | : | |
| BLACKWOOD, INC., | : | No. 608 MAL 2016 |
| | : | |
| Respondent | : | Cross Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| READING BLUE MOUNTAIN & | : | |
| NORTHERN RAILROAD COMPANY, | : | |
| | : | |
| Cross Petitioner | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

   Justice Donohue and Justice Mundy did not participate in the consideration or decision of this matter.